IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIVRAMBHAI CHAUDHARI, both in his own capacity and as the guardian of his minor children, K-S-C and N-S-C; SNEHALBEN CHAUDHARI, and DULCE TORRES SAUCEDO,<br><br>                  Plaintiffs,<br><br>vs.<br><br>JOSEPH EDLOW, Senior Official Performing the Duties of the Director of United States Citizenship and Immigration Services,<br><br>                  Defendant. | 4:25CV3173<br><br>ORDER ON STIPULATION OF DISMISSAL |

      This case is before the Court on the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), signed by counsel for all parties. Filing 7. The parties stipulate to dismissal of this matter because it is now moot. Filing 7 at 1. Accordingly,

      IT IS ORDERED that the parties' Stipulation of Dismissal, Filing 7, is accepted, and this case is dismissed as moot.

      Dated this 6th day of November, 2025.

                                                    BY THE COURT:

                                                    _____
                                                    Brian C. Buescher
                                                    United States District Judge